IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CHRISTIAN FRIENDS OF ISRAELI COMMUNITIES, CHRISTIANS FOR ISRAEL INTERNATIONAL,<br><br>*Plaintiffs*,<br><br>v.<br><br>FRANCESCA PAOLA ALBANESE,<br><br>*Defendant*. | **Civil Action No. 1:25-cv-2805** |

**Notice of Non-Opposition to Plaintiffs' Motion to Request
Recognition of Effective Service, or in the Alternative, Request for Substitute Service**

Christian Friends of Israeli Communities and Christians for Israel International, (collectively, "Plaintiffs"), by their undersigned counsel, hereby submit this Notice of Defendant Francesca Albanese's ("Defendant") failure to timely file a Response to Plaintiffs' Motion to Request Recognition of Effective Service, or in the Alternative, Request for Substitute Service ("Motion") (Doc 13).

Plaintiffs filed the Motion on November 28, 2025. Under Rule 7.1(d) of this Court's Local Rules, Defendant's response to the filed Motion was due 21 days later, on December 30, 2026. That time has passed. Defendant has made no response, answer, or appearance in the above-captioned case, and any response Defendant may or may not file to the Motion would be untimely

1

and should be disregarded. As described in Plaintiffs' Motion, no forthcoming response is anticipated, given Defendant's public comments that she categorically refuses to engage in the judicial process.

WHEREFORE Plaintiffs respectfully request the Court proceed with making its determination on Plaintiffs' unopposed Motion on the arguments made therein.

DATED: January 8, 2026

                                              Respectfully Submitted,

                                              NATIONAL JEWISH ADVOCACY CENTER, INC

                                              _/s/   Rachel Sebbag_
                                              Rachel Sebbag
                                              NATIONAL JEWISH ADVOCACY CENTER (NJAC)
                                              3 Times Square
                                              Suite 512
                                              New York, NY 10036-6564
                                              rachel@njaclaw.org
                                              332.278.1100

                                              Dan Ernst
                                              ERNST LEGAL GROUP, LLC
                                              217 East 7th Ave.
                                              Denver, CO 80203
                                              dan@ernstlegalgroup.com
                                              720.798.3667

                                              *Attorneys for Plaintiffs*