

February 17, 2026

Hon. Philip A. Brimmer
Chief Judge
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294

Re: *Christian Friends of Israeli Communities, Christians for Israel USA v. Francesca Paola Albanese*, Civil Action No. 1:25-cv-2805

Dear Chief Judge Brimmer:

    Plaintiffs respectfully submit this letter to inform the Court of their intent to file amended copies of their Motion to Request Recognition of Service (ECF No. 13) and Notice of Nonopposition (ECF No. 15) for the limited purpose of correcting errata.

    Specifically, in the case caption and in the precatory paragraph of the initial Motion and Notice, Plaintiff Christians for Israel USA was inadvertently identified as "Christians for Israel International." The proposed amended filings will correct this misnomer. No other changes will be made to either the Motion or Notice, and the requested relief remains unchanged.

    Plaintiffs submit this notice to ensure clarity of the record and respectfully advise that the amended filings will be docketed promptly subsequent to this letter.



Respectfully Submitted,

NATIONAL JEWISH ADVOCACY CENTER, INC


/s/ Rachel Sebbag
Rachel Sebbag
NATIONAL JEWISH ADVOCACY CENTER, INC
1954 Airport Road Suite 1196
Atlanta, GA 30341
rachel@njaclaw.org
332.278.1100

*Attorneys for Plaintiffs*

cc: All counsel of record (via CM/ECF)