IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CHRISTIAN FRIENDS OF ISRAELI
COMMUNITIES, CHRISTIANS FOR
ISRAEL USA,

        *Plaintiffs*,

v.

FRANCESCA PAOLA ALBANESE,

        *Defendant*.

**Civil Action No. 1:25-cv-02805**

## NOTICE OF FILING OF AMENDED NOTICE OF NON-OPPOSITION

Christian Friends of Israeli Communities and Christians for Israel USA, by their undersigned counsel, hereby files this Notice of Filing of Amended Notice of Non-Opposition and states as follows:

1. On January 8, 2026, Plaintiffs' filed a Notice titled "Notice of Non-Opposition to Plaintiffs Motion to Request Recognition of Effective Service, or in the Alternative, Request for Substitute Service" (ECF No. 15).

2. On February 17, 2026, Plaintiffs filed an Amended Notice titled "Amended Notice of Non-Opposition to Request Recognition of Effective Service, or in the Alternative, Request for Substitute Service" (ECF No. 23).[1]

---

[1] Attached as Exhibit A is a redline of the Initial and Amended Notice of Non-Opposition, as required pursuant to D.C.COLO.LCivR 15.1.

1

The Amended Notice of Non-Opposition to Plaintiffs Motion to Request Recognition of Effective Service, or in the Alternative, Request for Substitute Service supersedes and replaces the original Notice of Non-opposition.

WHEREFORE, Plaintiffs respectfully submits this Notice of Filing of Amended Notice of Non-Opposition for the Court's consideration.

DATED this 17th day of February, 2026.

Respectfully Submitted,

NATIONAL JEWISH ADVOCACY CENTER, INC

*/s/ Rachel Sebbag*
Rachel Sebbag
NATIONAL JEWISH ADVOCACY CENTER, INC
1954 Airport Road Suite 1196
Atlanta, GA 30341
rachel@njaclaw.org
332.278.1100

*Attorneys for Plaintiffs*

2