AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| Christian Friends of Israeli Communities, Christians for Israel U SA _____ *Plaintiff(s)* v. Francesca Paola Albanese _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  1:25-cv-02805-PAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Francesca Paola Albanese
Upon information and belief residing in Tunisia
Being served via email and social media

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  National Jewish Advocacy Center
Rachel Sebbag
1954 Airport Road 1196
Atlanta, GA 30341
rachel@njaclaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____05/15/2026_____          _____s/ E. Cha_____
                                           *Signature of Clerk or Deputy Clerk*