**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

|  |  |
|---|---|
| CHRISTIAN FRIENDS OF ISRAELI COMMUNITIES, CHRISTIANS FOR ISRAEL USA, <br><br> *Plaintiffs*, <br><br> v. <br><br> FRANCESCA PAOLA ALBANESE, <br><br> *Defendant*. | **Civil Action No. 1:25-cv-2805** |

**Plaintiffs' Motion for Clerk to Enter Default Against Defendant**

Plaintiffs, by their undersigned attorneys, hereby request that the Clerk of Court enter a default by Defendant Francesca Paola Albanese for her failure to timely respond to the Summons and Complaint served on Defendant Albanese on May 15, 2026. Plaintiffs, through their attorneys, certify the following:

1) This action was commenced on September 8, 2025, by filing of the Complaint. ECF 1.

2) This Court granted Plaintiffs' request for substitute service by email and Defendant's X social media account on May 14, 2026. ECF 26.

3) An electronic Summons was issued by the Court on May 15, 2026. ECF 34.

4) Defendant was served with the Summons and Complaint on May 15, 2026, in a manner that comports with the Court's Order.

5) Proof of service was filed on May 15, 2026. ECF 35.

1

6) Under Federal Rule of Civil Procedure 12(a)(1), Defendant had 21 days to serve a response, making her deadline for responding June 5, 2026.

7) No answer or reply by Defendant has been filed on the docket.[1]

8) Plaintiffs have not received any answer or reply by Defendant.

9) Therefore, Defendant is in default, and on this basis, Plaintiff respectfully requests that the Clerk enter a default on the docket in accordance with the Federal Rule of Civil Procedure 55(a).

Dated: June 8, 2026

<div style="margin-left:50%">

Respectfully Submitted,
*/s/ Rachel Sebbag*
NATIONAL JEWISH ADVOCACY
CENTER, INC.
1954 Airport Road Suite 1196
Atlanta, GA 30341
rachel@njaclaw.org
332.278.1100

</div>

---

[1] A motion to intervene was filed by the United Nations on June 5, 2026, ECF 40. Plaintiffs will file their opposition to that motion separately.