**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| CHRISTIAN FRIENDS OF ISRAELI COMMUNITIES, CHRISTIANS FOR ISRAEL USA,<br><br>*Plaintiffs*,<br><br>v.<br><br>FRANCESCA PAOLA ALBANESE,<br><br>*Defendant*. | **Civil Action No. 1:25-cv-2805** |

## Affidavit of Attorney Rachel Sebbag

I, Rachel Sebbag, declare:

1. I am attorney for Plaintiffs.
2. My business address is 1954 Airport Road, Suite 1196, Atlanta, Georgia 30341.
3. This action was commenced on September 8, 2025. ECF 1.
4. Defendant was served with a true and complete copy of the Summons and Complaint on May 15, 2026. ECF 35.
5. No answer or reply by Defendant has been filed on the docket.
6. Defendant is not an infant, is not incompetent, and is not a member of the U.S. or any foreign military.

Under penalty of perjury, I declare this to be true and correct.

Dated: June 8, 2026

Respectfully Submitted,
*/s/ Rachel Sebbag*
NATIONAL JEWISH ADVOCACY
CENTER, INC.
1954 Airport Road Suite 1196
Atlanta, GA 30341
rachel@njaclaw.org
332.278.1100

1