# Intervenor's Exhibit A:

Letter from UN Legal Counsel to U.S. Representative to the UN, dated Oct. 3, 2025

United Nations Nations Unies

HEADQUARTERS | SIEGE | NEW YORK, NY 10017
TEL.: + 1 212 963 1234

REFERENCE: 2025-OLC-000625

3 October 2025

Excellency,

Complaint in the United States District Court for the District of Colorado – *Christian Friends of Israeli Communities, Christians for Israel USA v. Francesca Paola Albanese*

I write to inform you that the United Nations has become aware of the filing on 8 September 2025 of the above-mentioned complaint by Christian Friends of Israeli Communities and Christians for Israel USA against Ms. Francesca Paola Albanese in connection with her functions as the United Nations Special Rapporteur on the situation of human rights in the Palestinian territories occupied since 1967. I further refer to a letter from counsel on behalf of the plaintiffs dated 29 September 2025 addressed to Ms. Albanese, requesting her to waive service in the complaint and enclosing relevant documents including the summons of the United States District Court for the District of Colorado dated 17 September 2025, requesting Ms. Albanese to serve on the plaintiff an answer to the above-mentioned complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of the summons on her.

With the present letter, I respectfully request the competent United States authorities to take appropriate action to ensure full respect for the privileges and immunities of the United Nations and its personnel, in accordance with the obligations of the United States under international law.

His Excellency
Mr. Michael G. Waltz
Representative of the United States
to the United Nations
New York

As you are aware, the United Nations is an international intergovernmental organization established pursuant to the Charter of the United Nations (hereinafter referred to as "the UN Charter"), a multilateral treaty signed on 26 June 1945. The UN Charter was ratified by the Government of the United States of America on 8 August 1945 and came into force in the United States on 24 October 1945. *See* UN Charter, 59 Stat. 1031 (1945), *reprinted* in 1945 U.S. Code Cong. &Admin. News, 961 *et seq*.

As an international organization, the United Nations has been accorded certain privileges and immunities which are necessary for the fulfilment of the purposes of the Organization. Article 105 of the UN Charter provides the general basis for the privileges and immunities of the United Nations. Paragraph 1 of Article 105 of the UN Charter provides that "[t]he Organization shall enjoy in the territory of each of its Members such privileges and immunities as are necessary for the fulfilment of its purposes". Paragraph 3 of Article 105 stipulates that "[t]he General Assembly may make recommendations with a view to determining the details of the application of paragraph 1 [...] of this Article or may propose conventions to the Members of the United Nations for this purpose". UN Charter, Art. 105, 1945 U.S. Code Cong. &Admin News, at 985.

In order to give effect to Article 105 of the UN Charter, the General Assembly of the United Nations adopted the Convention on the Privileges and Immunities of the United Nations (hereinafter the "General Convention") on 13 February 1946. 1 U.N.T.S. 15 (1946), General Convention, Art. II, 21 U.S.T. at 1422. The United States acceded to the General Convention on 29 April 1970. 21 U.S.T. at 1418; [1970] TIAS No. 6900.

Article VI, Section 22 (b) of the General Convention provides that, "Experts (other than officials coming within the scope of Article V) performing missions for the United Nations shall be accorded such privileges and immunities as are necessary for the independent exercise of their functions during the period of their missions, including the time spent on journeys in connection with their missions. In particular, they shall be accorded [...] [i]n respect of words spoken or written and acts done by them in the course of the performance of their mission, immunity from legal process of every kind. This immunity from legal process shall continue to be accorded notwithstanding that the persons concerned are no longer employed on missions for the United Nations [...]."

I wish to recall that Ms. Albanese was appointed as Special Rapporteur on the situation of human rights in the Palestinian territories occupied since 1967 by the United Nations Human Rights Council at its forty-ninth session held from 28 February to 1 April 2022 and is presently serving a second three-year term in this capacity. As a Special Rapporteur, Ms. Albanese has the legal status of an expert on mission for the United Nations. As an expert on mission, Ms. Albanese enjoys privileges and immunities as are necessary for the independent exercise of her functions including, pursuant to Article VI, Section 22 (b) of the General Convention referenced above, immunity from legal process of every kind in respect of words spoken or written and acts done by Ms. Albanese in the course of the performance of her mission on behalf of the Human Rights Council. As part of her mandate Ms. Albanese reports, with her conclusions and recommendations, to the United Nations Human Rights Council.

We note that the Complaint alleges *inter alia* defamation and libel against Ms. Albanese in relation to letters sent by Ms. Albanese in April 2025 to the plaintiffs in her capacity as Special Rapporteur and in relation to Ms. Albanese's report to the United Nations Human Rights Council, "From Economy of Occupation to Economy of Genocide" (A/HRC/59/23) dated 30 June 2025. In this regard, the allegations against Ms. Albanese in the Complaint relate to her conduct in the course of the performance of her mandate from the Human Rights Council and therefore, Ms. Albanese is immune from the Complaint.

Pursuant to Article VI, Section 23 of the General Convention, it is the Secretary-General who has the sole authority to waive the immunity of any expert on mission for the Organization. In view of the above, please be advised that the immunity of Ms. Albanese has not been waived and the United Nations is hereby expressly asserting her immunity in relation to the present Complaint. In this connection, the United Nations also maintains her immunity in respect of any attempts for service on Ms. Albanese, and would not accept such service. I hereby return a copy of the letter and summons addressed to Ms. Albanese.

Pursuant to Section 34 of the General Convention, the United States undertook an obligation to be "in a position under its own law to give effect to the terms of this Convention". Any interpretation of the provisions of the General Convention must be carried out within the spirit of the underlying principles of the UN Charter, and in particular Article 105 thereof.

In light of the foregoing, I respectfully request the Government of the United States to inform the United States District Court for the District of Colorado

of the immunity of Ms. Albanese from the Court's jurisdiction. The Office of Legal Affairs further requests the Government to take the necessary steps to seek dismissal of the Complaint or otherwise ensure that the proceedings are discontinued, in accordance with its obligations under the applicable legal instruments.

Please accept, Excellency, the assurances of my highest consideration.

Elinor Hammarskjöld
Under-Secretary-General for Legal Affairs
and United Nations Legal Counsel