**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CHRISTIAN FRIENDS OF ISRAELI COMMUNITIES, CHRISTIANS FOR ISRAEL USA,

Plaintiffs,

v.

FRANCESCA PAOLA ALBANESE,

Defendant.

Case No. 1:25-cv-2805 (PAB) (MDB)

**[PROPOSED] ORDER**

Upon consideration of the Intervenor United Nations' Motion to Dismiss the complaint filed by Plaintiffs Christian Friends of Israeli Communities and Christians for Israel USA for lack of subject matter jurisdiction, lack of personal jurisdiction, and invalid service of process pursuant to Federal Rule of Civil Procedure 12(b)(1), (2) and (5) on the ground that Defendant Francesca Paola Albanese is entitled to immunity under the Convention on the Privileges and Immunities of the United Nations, Feb. 13, 1946, 21 U.S.T. 142, it is hereby **ORDERED** that the Motion is **GRANTED**, and the case is dismissed with prejudice.

Dated: ____________________, 2026

______________________________
The Hon. Phillip A. Brimmer
United States District Judge