**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| CHRISTIAN FRIENDS OF ISRAELI COMMUNITIES, CHRISTIANS FOR ISRAEL USA,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCESCA PAOLA ALBANESE,<br><br>Defendant. | Case No. 1:25-cv-2805 (PAB) (MDB) |

**[PROPOSED] ORDER**

Upon consideration of the Intervenor United Nations' Motion to Vacate the Clerk's Entry of Default as void for lack of subject matter jurisdiction, lack of personal jurisdiction, and invalid service of process pursuant to Federal Rule of Civil Procedure 12(b)(1), (2) and (5) on the ground that Defendant Francesca Paola Albanese is entitled to immunity under the Convention on the Privileges and Immunities of the United Nations, Feb. 13, 1946, 21 U.S.T. 1422, it is hereby **ORDERED** that the Motion is **GRANTED**.

Dated: ___________________, 2026

______________________________
The Hon. Maritza Dominguez Braswell
United States Magistrate Judge