# PLAINTIFFS' EXHIBIT 1

**Monday, June 15, 2026 at 12:55:04 PM Eastern Daylight Time**

**Subject:** Christian Friends of Israeli Communities v. Albanese, 25-cv-02805 (D. Col.): UN Motion to Intervene
**Date:** Monday, June 1, 2026 at 2:33:24 PM Eastern Daylight Time
**From:** Meehan, Kevin A.
**To:** Rachel Sebbag, Ben Schlager, Mark Goldfeder
**CC:** Groot, Robert, Wang, Olivia

Dear Counsel,

We represent the United Nations, which intends to file a motion to intervene in the above-referenced case for the limited purpose of asserting immunity of the UN and the defendant. The UN further intends to request leave to file a motion to dismiss on immunity grounds on or before June 22, 2026. Pursuant to Local Rule 7.1(a), please let us know plaintiffs' positions on the UN's motion to intervene and proposed deadline. To the extent plaintiffs do not oppose the UN's intervention, we are happy to discuss a briefing schedule.

Best regards,

**Kevin A. Meehan**
Partner

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

Direct Dial: +1 212 696 6197
Fax: +1 917 368 8835
kmeehan@curtis.com

CURTIS
www.curtis.com

Please consider the environment before printing this email.

This e-mail, including any attachments, may contain information that is protected by law as privileged and confidential, and is transmitted for the sole use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this e-mail or the information contained herein is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone or reply e-mail, and permanently delete this e-mail from your computer system. Your privacy is very important to our firm.